GEORGE A. RAFTERY v. OLAF J. OLSEN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM H. GRANBERY v. GEORGE C. TAYLOR, as President, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of CORA V. R. CATLIN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JOSEPH BAILEY, as Master, etc., v. GEORGE MONTGOMERY and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JOSHUA SILVERSTEIN v. STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT.— Motion denied, with ten dollars costs. Present — Clarke, P. J. Scott, Smith, Davis and Shearn, JJ.

In the Matter of CHARLES F. FOWLES, Deceased.— This application should be made to the Court of Appeals. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM A. ULMAN v. CARLETON HUDSON. WILLIAM A. ULMAN v. MEDORA T. HUDSON.— Motion denied. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ELIZABETH BROWN v. JANE A. HENNESSEY and Others.— Motion granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of WILLOUGHBY B. DOBBS, an Attorney.— See memorandum. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JESSE W. RENO v. FREDERICK BULL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SPIRITUSFABRIEK ASTRA v. SUGAR PRODUCTS COMPANY.— Motion for extension of time to July 1, 1918, denied and stay vacated. Motion to modify orders of May 11, 1917, and June 26, 1917, granted. Orders to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HOISTING MACHINERY COMPANY v. FEDERAL TERRA COTTA COMPANY.— Motion for stay granted. Order to be settled on notice    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

---

## SECOND DEPARTMENT, OCTOBER, 1917.

HARRY L. BRADLEY and Others, Respondents, v. DEGNON CONTRACTING COMPANY and Another, Appellants.— Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.